THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>               Plaintiff,<br><br>              v.<br><br>DS SERVICES OF AMERICA, INC., a Delaware corporation,<br>               Defendant. | NO.   2:25-cv-02107-JNW<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Skylar A. Sherwood of Fox Rothschild, LLP, attorneys for Defendant, DS Services of America, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 9th day of January, 2026.

| | |
|---|---|
| REID, BALLEW & LEAHY, LLP<br>BALLEW, L.L.P.<br><br>*s/Russell J. Reid*<br>Russell J. Reid, WSBA #2560<br>100 West Harrison St., N. Tower #300<br>Seattle WA 98119<br>Phone:  (206) 285-0464<br>Email:  rjr@nwlaborlaw.com<br><br>Attorney for Plaintiff | FOX ROTHSCHILD, LLP<br><br><br>*s/Skylar A. Sherwood*<br>Skylar A. Sherwood, WSBA #31896<br>1001 Fourth Avenue, Suite 4400<br>Seattle WA 98154<br>Phone:  (206) 389-1584<br>Email:  ssherwood@foxrothschild.com<br><br>Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

 ORDER ENTERED this 13th day of January, 2026.

          _____
          THE HONORABLE JAMAL N. WHITEHEAD

Submitted for Entry:

REID, BALLEW & LEAHY, L.L.P.

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@nwlaborlaw.com
Attorney for Plaintiff